UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| KENNETH KARN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | 1:08-cv-1495-DFH-TAB |
| ) | |
| SUPERINTENDENT WRIGLEY, ) | |
| ) | |
| Respondent. ) | |

**Entry Directing Further Proceedings**

**I.**

"District courts should not have to read and decipher tomes disguised as pleadings." *Lindell v. Houser*, 442 F.3d 1033, 1035 n.1 (7th Cir. 2006). This fully applies to the awkward verbiage which the petitioner has compiled in his petition for a writ of habeas corpus. In view of the foregoing, petitioner Karn shall have **through December 8, 2008,** in which to **file an amended petition for a writ of habeas corpus** which coherently sets forth his claims for relief. He is obligated to do nothing less. *Mayle v. Felix,* 125 S. Ct. 2562, 2570 (2005)("Habeas Corpus Rule 2(c) . . . instructs petitioners to specify all available grounds for relief and to state the facts supporting each ground."). Particular features of this requirement are that the decision be identified, that there has been a sanction or penalty sufficient to constitute "custody" in the sense that the amended petition is a challenge to the fact or duration of the confinement, that a specific request for relief be made, and that one or more claims be asserted supporting the amended petition for a writ of habeas corpus. By "claims" it is meant the recognized principles of law which, as applied to the facts and circumstances of the challenged proceeding, show that challenged proceeding to have been deficient or violative of the petitioner's rights.

**II.**

The petitioner's request to proceed *in forma pauperis* is **granted.**

So ordered.

_____
DAVID F. HAMILTON, Chief Judge
United States District Court

Date: 11/7/2008

Distribution:

Kenneth Karn
#906456
New Castle Correctional Facility
1000 Van Nuys Road
New Castle, IN 47362